IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TIMOTHY CARR, et al.,**

      **Plaintiffs,**

  v.                                  **Civil Action 2:20-cv-6292**
                                                  **Judge Edmund A. Sargus**
                                                  **Magistrate Judge Jolson**

**EVOLUTION HEALTH, LLC, et al.,**

      **Defendants.**

## OPINION AND ORDER

On March 2, 2021, Plaintiff withdrew his first Motion to Amend (Doc. 13), as the attached amended complaint "contain[ed] and error that require[d] revision." (Doc. 14). This matter is now before the Court on Plaintiff's amended Unopposed Motion for Leave to File First Amended Collective and Class Action Complaint. (Doc. 15). Plaintiff seeks leave to amend his Complaint "to modify certain factual allegations asserted in the Complaint." (*Id*. at 2). Defendants do not oppose this request. (*See id*. at 3). Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." For good cause shown, and in light of the liberal policy favoring amendment, Plaintiff's Unopposed Motion (Doc. 15) is **GRANTED**. The Clerk is **DIRECTED** to file Doc. 15-1 as the First Amended Complaint.

      IT IS SO ORDERED.


Date: March 8, 2021                                               /s/ Kimberly A. Jolson
                                                                      KIMBERLY A. JOLSON
                                                                      UNITED STATES MAGISTRATE JUDGE